INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

| | | |
|---|---|---|
| **Michael C. Steele** | ) | Case No.    1:24-cv-149-JRS-MKK |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | **FILED** |
| **Paul Felix, Kathy Kreag Williams** | ) | **01/22/2024** |
| _____ | ) | **U.S. DISTRICT COURT** |
| *Defendant(s)* | ) | **SOUTHERN DISTRICT OF INDIANA** |
| *(Write the full name of each defendant who is being sued. If the* | ) | **Roger A.G. Sharpe, Clerk** |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

## I.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

**B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Deprivation of property without due process of law

Violation of rights to equal protection of the laws

Violation of right to Freedom of Speech

**C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Judge Felix ordered Steele to pay $4,500 to defendantElizabeth Gaines  for alleged attorneys fees incurred in Steele's suit against her

Judge Felix expressly included in this amount attorneys fees for having reported attorney misconduct by Ms. Gaines' attorney,

,which Steele is obligated to do as a licensed attorney himself.

Judge Felix also ordered Steele to pay amounts allegedly incurred for reporting crimes committed by

Ms. Gaines' attorney, Zaki Ali, after her false testimony against Steele was explicitly acknowledged by

Magistrate Darren Murphy, which he described as "very troubling." Mr. Ali tried to block the production

of the evidence proving the perjury on multiple occasions, with no possible basis for doing so.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

Judge Felix granted summary judgment to Gaines when all allegations had been admitted as a matter of law via Ind. Trial Rule 36 for more than a year, granting the motion to withdraw the admissions and then 23 days later granting a motion for summary judgment against Steele which was frivolous as a a matter of law when filed.  In doing so, Judge Felix robbed Steele of a channce to prove his case, then found without explanation or evidence cited that Steele acted frivolously in bringing what were fully meritorious claims, backed by every type of evidence available, in violation of Trial Rule 36.

Judge Felix also ordered Steele to pay attorneys fees for sending an email to Gaines' counsel representing her in the attorney fee petition, wherein Steele pointed out that the fee statement had been falsified.

## II.        The Parties to This Complaint

### A.        The Plaintiff(s)
Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Michael C. Steele |
| Address | 45 Shore Island Drive |
| | Indianapolis           IN           46220 |
| | *City*        *State*        *Zip Co* |
| County | Marion |
| Telephone Number | (317) 414-1373 |
| E-Mail Address | mchristiansteele@yahoo.com |

### B.        The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Paul Felix |
| Job or Title *(if known)* | Hamilton County Circuit Court Judge |
| Address | One Hamilton Couunty Square |
| | Noblesville           IN           46060 |
| | *City*        *State*        *Zip Code* |
| County | Hamilton |
| Telephone Number | (317) 776-8589 |
| E-Mail Address *(if known)* | |

☑ Individual capacity     ☑ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

Defendant No. 2

Name                          Kathy Kreag Williams

Job or Title *(if known)*      Hamilton County Clerk

Address                       One Hamilton Couunty Square

Noblesville          IN          46060
*City*               *State*      *Zip code*

County                        Hamilton

Telephone Number              (317) 776-8255

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

*City*               *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

---

### III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain  statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Noblesville, Indiana

B.    What date and approximate time did the events giving rise to your claim(s) occur?

January 20, 2022 -- the date the order in question was entered

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Judge Felix entered an order awarding $4,500 in attorneys fees against Steele without
any evidence of wrongdoing by Steele, including specifically awarding separate amounts for:
- Steele sending an email telling Gaines' new counsel that the attorney fee statement provided
to the court was falsified to include all charges from her failed attempt to procure a protective order
against Steele, where her case was dismissed and Magistrate Murphy noted her false testimony.

- Steele allegedly having "served" process on Gaines' family members and gone to their homes,
without any evidence being offered during the hearing or this topic even being mentioned (Steele
was teaching a 4-day seminar in Phildelphia during the time in question, and did not show this during
the hearing because no nclaim or evidence was offered against him on this point

- Steele filing a lawsuit against Zaki Ali for malicious prosecution for calling prosecutors to have
Steele charged with felony stalking of Gaines, which charges were unconditionally dismissed and
were completely unfounded since Gaines could not even make out a prima facie case for
harrassment in her failed attempt to secure a protective order against Steele.  Judge Felix had no
jurisidction to entertain, let alone pass judgment and punishment on claims made in other courts.
Judge Felix did so on at least three occassions -- when he punished Steele for reporting attorney
misconduct in the protective order matter Steele won in Magistrate Murphy's court and in the criminal
matter Steele won in Judge Bardach's court, or the civil suit filed in Judge Brown's court.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

n/a

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Award damages against Paul Felix for his actions taken without jurisdiction, order the Hamilton County

Clerk to vacate the judgment against Steele

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    January 22, 2024

Signature of Plaintiff

Printed Name of Plaintiff    Michael C. Steele