UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL C. STEELE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00149-JRS-MKK ) |
| PAUL FELIX, KATHY KREAG WILLIAMS, | ) ) ) |
| Defendants. | ) |

**Final Judgement**

Plaintiff shall take nothing by way of his complaint. The action is **dismissed with prejudice under** Fed. R. Civ. P. 12(b)(6) and 12(c). This is a final judgment under Federal Rule of Civil Procedure 58.

Date: 12/2/2024

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL C. STEELE
2900 Government Way, P.O. Box 405
Coeur d'Alene, ID 83815

Alexander Thomas Myers
Office of Indiana Attorney General
alexander.myers@atg.in.gov

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov